**Order filed November 3, 2011.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

—————————

## NO. 14-11-00677-CR

—————————

**OGOCHUKWUJ OKWO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 1636879-A**

---

## ORDER

Appellant is represented by retained counsel, Joan O. Nwuli.   No reporter's record has been filed in this case.   Ramona St Julian-Sonnier, the official court reporter for the County Criminal Court at Law No. 5, informed this court that appellant had not made arrangements for payment for the reporter's record.   On September 21, 2011, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record.   *See* Tex. R. App. P. 37.3(c).   Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Joan C. Nwuli, to file a brief in this appeal on or before December 5, 2011. If she does not timely file the brief as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered.

PER CURIAM